IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| The Greenville County Republican Party Executive Committee et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | C.A. No.: 6:10-cv-01407-MGL |
| John H. Hudgens, III et al., | ) ) | |
| Defendants, | ) ) | |
| and, | ) ) | |
| Wayne Griffin et al., | ) ) | |
| Defendant-Intervenors. | ) ) ) | |

**PLAINTIFFS' EXPERT WITNESS DESIGNATION
OF DR. NATHAN DRAKE**

The Plaintiffs, Greenville County Republican Party Executive Committee, Chairman Betty Poe, and William Mitchell, pursuant to the Scheduling Order of the Court and Fed. R. Civ. P. 26(a)(2)(Disclosure of Expert Testimony) hereby file this Expert Witness Designation. The Plaintiffs designate the following expert witness:

Dr. Nathan Drake
313 Hamilton Parkway
Easley, South Carolina 29642
(864) 650-1909

Counsel for the Plaintiffs certifies that the Plaintiffs will contemporaneously serve on the Defendant(s) the following:

1. A written report prepared and signed by the expert which contains the information required in Fed. R. Civ. P. 26(a)(2)(B); and,

2. The Curriculum Vitae of the expert.

                                      Respectfully Submitted,

                                      HARMS LAW FIRM, P.A.

December 21, 2012                   By: _____
                                      Samuel D. Harms, III, Esq.
                                      Federal Bar Number: 7406
                                      33 Market Point Drive
                                      Greenville, SC 29607
                                      Phone: (864) 277-0102
                                      Fax: (864) 527-0427
                                      Samuel@HarmsLawFirm.com
                                      Attorney for Plaintiffs Greenville County
                                      Republican Party Executive Committee,
                                      Chairman Poe, and William "Billy"
                                      Mitchell